JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ MOHAMMED, an individual<br><br>Plaintiff,<br><br>v.<br><br>FIJI AIRWAYS, a corporation, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07769-SVW-RAO<br><br>ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE [PROPOSED] |

The Court, having reviewed the Stipulation Re Dismissal with Prejudice between plaintiff, Raj Mohammed, an individual and defendant, Air Pacific Limited dba Fiji Airways, by their attorneys of record.

/ /

IT IS HEREBY ORDERED:

Plaintiff's complaint is dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear their own fees and costs of suit.

IT IS SO ORDERED.

DATED: __April 15, 2022__      _____
                               HONORABLE STEPHEN V. WILSON
                               UNITED STATES DISTRICT JUDGE

CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800